UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROSALBA GONZALEZ, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 7:16-CV-090 |
| | § | |
| UNITED PROPERTY & CASUALTY INSURANCE COMPANY, | § § § | |
| | § | |
| Defendant. | § | |

## **ORDER**

The Court now considers the "Joint Stipulation of Dismissal with Prejudice,"[1] filed by Rosalba Gonzalez ("Plaintiff") and remaining defendant, United Property & Casualty Insurance Company ("Defendant"), announcing to the Court that the parties stipulate to the voluntary dismissal with prejudice of this matter. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties. Since the stipulation of dismissal is signed by both Plaintiff and Defendant, the only parties in the case, the parties have effectively dismissed the case with prejudice and no further action by this Court is necessary. Thus, the Clerk of the Court is instructed to close the case.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 15th day of June, 2016.

Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 12.